January 6, 1984.

470 A.2d 1014

Commonwealth v. Bellis, Appellant.

Argued September 7, 1983. Denis W. Lanctot, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Judgments of sentence reversed. Case remanded for rehearing. Jurisdiction relinquished.